IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY HARPER, #182985, ) | |
| ) | |
| Plaintiff, ) | |
| ) | (WO) |
| v. ) | 2:03-CV-0621-F |
| ) | |
| PAUL WHALEY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 27, 2005 (Doc. 28), and upon an independent review of the file in this case, it is hereby ORDERED that

(1) the Recommendation of the Magistrate Judge is ADOPTED and

(2) the Motion for Summary Judgment filed by defendant Whaley is GRANTED.

A separate Final Judgment will be entered consistent with this Order.

DONE this 24th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE