IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY HARPER, #182985, | ) |
| | ) |
| Plaintiff, | ) |
| | )                    (WO) |
| v. | )   2:03-CV-0621-F |
| | ) |
| PAUL WHALEY, | ) |
| | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is hereby ORDERED and ADJUDGED that

(1) judgment is entered in favor of the Defendant and against the Plaintiff;

(2) this action is DISMISSED WITH PREJUDICE; and

(2) the costs of this proceeding are taxed against the Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 24th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE